AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TOY HELICOPTER SOLUTIONS LLC,

CASE NUMBER: 1:20-CV-2587

V.

ASSIGNED JUDGE: Charles P. Kocoras

RK HOLDINGS, LLP, RURAL KING ADMINISTRATION, INC., and RURAL KING HOLDING CO.,

DESIGNATED MAGISTRATE JUDGE: Sidney I. Schenkier

TO: (Name and address of Defendant)

RK Holdings, LLP
c/o Registered Agent
Don Davis
4216 Dewitt Ave.
Mattoon, Illinois 61938

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy E. Grochocinski
NELSON BUMGARDNER ALBRITTON PC
15020 S. Ravinia Ave., Suite 29
Orland Park, IL 60462

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Nicole Gibson*
(By) DEPUTY CLERK



April 29, 2020

DATE

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Illinois

Case Number: 1:20-CV-2587

Plaintiff:
TOY HELICOPTER SOLUTIONS LLC
vs.
Defendant:
RK HOLDINGS, LLP, RURAL KING ADMINISTRATION, INC., and RURAL KNG HOLDING CO.,

For: Nelson Bumgardner Albriton P.C.

Received by ADVANCED INVESTIGATIVE SERVICES, INC. on the 30th day of April 2020 at 10:15 am to be served on RK Holdings, LLP c/o Registered Agent Don Davis, 4216 Dewitt Ave., Mattoon, IL 61938. I, Steven Bone, being duly sworn, depose and say that on the 1st day of May, 2020 at 2:25 pm., executed service by delivering a true copy of the Summons IN A Civil Case, Complaint For Patent Infringement and Exhibit 1 & 2 in accordance with state statutes in the manner marked below:

[X] CORPORATE SERVICE: By serving Don Davis as Registered Agent. A copy of the aforementioned document(s) was mailed to _____ at _____ on _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

Age/Date of Birth: 49  Sex: M  Race: Cau
Service Fee: $40.00  Print Fee $14.00  TOTAL: $64.00

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 3rd day of May, 2020 by the affiant who is personally known to me.

Judith A Bone
NOTARY PUBLIC

OFFICIAL SEAL
JUDITH A BONE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 04/18/22

Steven Bone
PRIVATE INVESTIGATOR PERC # 129221930
Authorized in accordance with State Statutes

ADVANCED INVESTIGATIVE SERVICES, INC.
License # 117-000899
P.O. Box 22
Nashville, IL 62263
(800) 995-7717

Our Job Serial Number: 2020001373

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c